IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. WILMSHURST,

    Plaintiff,                                    No. CIV S-04-0988 DFL KJM PS

    vs.

BILL LOCKYER, Attorney General, et al.,

    Defendants.                                   <u>ORDER</u>

_____/

        Defendants' motion to dismiss is pending before the court. Plaintiff has requested an opportunity to file supplemental briefing.

        Accordingly, IT IS HEREBY ORDERED that no later than July 15, 2005, plaintiff and defendants each may file a supplemental brief addressing the application of 26 U.S.C. § 5848 to the pending motion. The matter thereafter will stand submitted.

DATED: July 6, 2005.

                                                             UNITED STATES MAGISTRATE JUDGE

006
wilmshurst.sup