IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST,<br><br>      Plaintiff,<br><br>   v.<br><br>BILL LOCKYER, Attorney General, STATE OF CALIFORNIA; SUPERIOR COURT OF CALIFORNIA, COUNTY OF CALAVERAS<br><br>      Defendants. | CIV-S-04-0988 DFL-KJM<br><br>ORDER |

On July 12, 2005, plaintiff Richard Wilmshurst, proceeding pro se, filed a motion for a temporary restraining order ("TRO") against defendant Bill Lockyer, the attorney general of California, in which he seeks to prohibit Lockyer and his agents from coming within 150 feet of him.  Plaintiff alleges that he was wrongfully assaulted and arrested by agents of the California Attorney General's Office while attending a speech given by Lockyer on June 29, 2005.  (Mot. at 3-4.)  The TRO is necessary, plaintiff contends, to protect him from future harm and to protect the jurisdiction of the court over this case.  (Id. at 4-

1

5.)

The court finds plaintiff's arguments insufficient to justify the issuance of a TRO because he fails to articulate a substantial likelihood of imminent, irreparable harm.  Plaintiff seeks a TRO request preventing Lockyer or his agents from coming within 150 feet of him, yet plaintiff's submitted evidence shows that it was he who sought out Lockyer, not the other way around. Even accepting plaintiff's allegations as true, his evidence does not show that he faces a real and imminent threat of future harm. Accordingly, plaintiff's TRO request is DENIED.

IT IS SO ORDERED.

Dated: 7/13/2005

*(signature)*

DAVID F. LEVI
United States District Judge