IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD E. WILMSHURST,

    Plaintiff,　　　　　　　　　　　　No. CIV S-04-0988 DFL KJM PS

  vs.

BILL LOCKYER, Attorney General,

    Defendant.　　　　　　　　　　　　<u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 2, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed August 2, 2005, are adopted in full;

3     2. Defendant's motion to dismiss is granted;

4     3. The court declines to exercise jurisdiction over any pendent state claims; and

5     4. This action is dismissed.

6 DATED: 2/8/2006

_____
DAVID F. LEVI
United States District Judge